UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cr-00296-MOC-DSC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **CURTIS STURDIVANT, JR,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the government's Motion to Dismiss the Indictment (#6). Having considered the motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Motion to Dismiss the Indictment (#6) is **GRANTED**, and the Bill of Indictment (#1) in the above-captioned case is **DISMISSED** without prejudice.

Signed: September 29, 2016

Max O. Cogburn Jr
United States District Judge